TARA J. LICATA, ESQ. (State Bar No. 266111)
tlicata@LYlegal.net
PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
Ptriplett@LYlegal.net
ALEX K. HADJIAN, ESQ. (State Bar No. 327534)
ahadjian@LYlegal.net
**LICATA & YEREMENKO**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403
Phone: (818) 783-5757
Fax:   (818)783-7710

Attorneys for Plaintiff **JERRY JACK**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACK, | Case No.  **3:23-cv-00019-CRB** |
| Plaintiff, | [Assigned for all purposes to the Hon. Charles R. Breyer, Courtroom 6] |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** : ORDER |
| FEDEX EXPRESS CORPORATION; FEDEX EXPRESS; FEDERAL EXPRESS CORPORATION; and DOES 1 through 100, Inclusive, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff JERRY JACK and Defendant FEDERAL EXPRESS CORPORATION, by and through their respective attorneys of record, that the above-captioned action be and hereby is Dismissed With Prejudice in its entirety and with respect to all parties pursuant to FRCP 41(a)(1)(A) (ii).

The parties further stipulate that each party shall bear their own costs and attorneys' fees.

DATED:  July 10, 2023                       LICATA & YEREMENKO
                                             A Professional Law Corporation

                                             /s/ Tara Licata
                                       By: _____
                                             TARA J. LICATA, EQ.
                                             Attorneys for Plaintiff
                                             **JERRY JACK**

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  DATED:  July 10, 2023                    FEDERAL EXPRESS CORPORATION

2

3                                              /s/ Jane Flynn
                                         By: _____
4                                              JANE M. FLYNN, ESQ.
                                               Attorneys for Defendant
5                                              **FEDERAL EXPRESS CORP.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  TARA J. LICATA, ESQ. (State Bar No. 266111)
   tlicata@LYlegal.net
2  PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
   Ptriplett@LYlegal.net
3  ALEX K. HADJIAN, ESQ. (State Bar No. 327534)
   ahadjian@LYlegal.net
4  **LICATA & YEREMENKO**
   A Professional Law Corporation
5  15303 Ventura Boulevard, Suite 600
   Sherman Oaks, CA 91403
6  Phone: (818) 783-5757
   Fax:   (818)783-7710

Attorneys for Plaintiff **JERRY JACK**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACK, | Case No.  3:23-cv-00019-CRB |
| Plaintiff, | [Assigned for all purposes to the Hon. Charles R. Breyer, Courtroom 6] |
| vs. | |
| FEDEX EXPRESS CORPORATION; FEDEX EXPRESS; FEDERAL EXPRESS CORPORATION; and DOES 1 through 100, Inclusive, | [~~PROPOSED~~ ORDER] GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Defendants | |

The parties' Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby GRANTED.  The case is hereby Dismissed With Prejudice in its entirety and with respect to all parties, with each party bearing their own costs and attorneys' fees.

It is SO ORDERED.

DATED: __July 10, 2023__

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

1

**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**